UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVEN LANGLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-4396** |
| **JAMES LEBLANC, ET AL.** | **SECTION "I"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Steven Langley, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for summary judgment, Rec. Doc. 17, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 16th day of February, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**